UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DELA FEARS and
MICHAEL WRIGHT,
    Plaintiffs,

v.

KEYSTONE PETROLEUM TRANSPORT,
LLC, a Georgia Limited Liability
Company, and
Eric Poole, Individually.
    Defendants.

JUDGEMENT IN A CIVIL CASE
CASE NUMBER: 1:10-CV-2789

__X____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiffs, Dela Fears and Michael Wright, take nothing, that the action be dismissed on the merits, and that the defendants, Keystone Petroleum Transport, LLC., a Georgia Limited Liability Company and Eric Poole, recover of the plaintiff, their costs of the action.

Date: January 28, 2014

James N. Hatten, Clerk

_____
(by) Samuel M. Johnston, Deputy Clerk